IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS MANUEL CRUZ<br>[EF-0504] | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLINO, et al. | : | NO. 07-2619 |

## ORDER

AND NOW, this 2nd day of May, 2008, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, IT IS HEREBY **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254 is **DENIED and DISMISSED AS TIME-BARRED** under 28 U.S.C. § 2244(d)(1).

   There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
ANITA B. BRODY,                    J.